## MOTION DOCKET

**92–405.   State v. Hawkins.**
Hamilton App. Nos. C–900092 and C–910017.   On motion to set execution date.   Motion granted.
F.E. Sweeney, J., dissents.

**94–1143.   State v. Robinette.**
Montgomery App. No. 14074.   On motion for further briefing and oral argument.   Motion granted.
Douglas, Cook and Lundberg Stratton, JJ., dissent.

**95–397.   St. Marys Foundry Co. v. Indus. Comm.**
Franklin App. No. 93APD11–1515.   On request for oral argument.   Request denied.
F.E. Sweeney, J., dissents.

**95–2066.   DeRolph v. State.**
Perry App. No. CA–477.   On motion for leave to file additional materials.   Motion denied.
F.E. Sweeney, Pfeifer and Cook, JJ., dissent.

**96–1165.   State ex rel. Gannett Satellite Information Network v. Shirey.**
In Mandamus.   On request for oral argument.   Request denied.

**96–1362.   State ex rel. Longacre v. Penton Publishing Co.**
Cuyahoga App. No. 70455.   On motion for attorney fees.   Motion granted in the amount of $2,096.25.
Resnick and Pfeifer, JJ., dissent.

**96–1627.   State v. Tucker.**
Shelby App. No. 17–95–10.   On motion for appointment of counsel Thomas A. Ballato.   *Sua sponte*, motion remanded to the court of appeals for appointment of counsel.

**96–1630.   State ex rel. The Logan Daily News v. Jones.**
In Mandamus.   On relator and respondent's request for oral argument.   Request denied.

**96–2654.   Cambridge Arms, Ltd. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 94–P–1129.   On motion to dismiss of Hamilton County Auditor.   Motion denied.
Cook, J., dissents.

**96–2655.   Cambridge Arms II, Ltd. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 94–P–1130.   On motion to dismiss of Hamilton County Auditor.   Motion